FILED
JAN 1 7 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GETTY IMAGES (US), INC., a New York corporation, | § § § |
| Plaintiff, | § § |
| v. | §  CIVIL NO. |
| GESTALT VENTURES, INC., d/b/a ELEMENTAL CONSULTING, a Texas corporation, | § § § § SA14CA0061  |
| Defendant. | § § § |

## COMPLAINT FOR DAMAGES

Plaintiff GETTY IMAGES (US), INC. ("GETTY IMAGES"), by and through its undersigned attorneys, sues Defendant GESTALT VENTURES, INC., d/b/a ELEMENTAL CONSULTING and alleges as follows:

### INTRODUCTION

1.  Plaintiff Getty Images brings this action to recover damages resulting from copyright infringements by Defendant Gestalt Ventures, Inc., d/b/a Elemental Consulting ("Elemental Consulting") of a photographic image exclusively licensed to Getty Images. Defendant Elemental Consulting has reproduced, displayed, distributed and otherwise misused the protected image on its website, www.goelemental.com, without authorization and without paying Getty Images the required commercial license fee. Defendant's conduct violates the rights of Getty Images and the rights of the photographer that Getty Images represents.

## PARTIES

2. Plaintiff Getty Images is a New York corporation with its principal place of business in New York, New York.

3. Defendant Gestalt Ventures is a Texas corporation with its principal place of business in San Antonio, Texas. Gestalt Ventures has registered the assumed name of Elemental Consulting with the Bexar County Clerk in San Antonio, Texas. Elemental Consulting is the registered owner of the website www.goelemental.com. Upon information and belief, Elemental Consulting directly participated in the wrongful conduct alleged in this Complaint, and/or had the right and ability to supervise, direct and control the wrongful conduct of others, and derived a direct financial benefit from that wrongful conduct.

## JURISDICTION AND VENUE

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a), as this action involves claims brought under federal law, the Copyright Act, 17 U.S.C. § 101, *et seq.*

5. Defendant Elemental Consulting is subject to personal jurisdiction in this Court because it is a resident of the State of Texas and/or purposefully aimed its activities at the State of Texas from which the claims asserted in this Complaint arise. Additionally, Elemental Consulting displays its website, www.goelemental.com, throughout the State of Texas, purposefully directs that website to residents of the State of Texas, and otherwise is engaged in business in the State of Texas.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1400(a), as Elemental Consulting or its agent resides or may be found in this District. Upon information and belief, venue is also proper in this District pursuant to 28 U.S.C. § 1391(b), as a substantial part of the events or omissions giving rise to the claims asserted in this Complaint occurred in the District.

## FACTUAL BACKGROUND

7. Getty Images is one of the world's leading digital content providers, supplying imagery, video and music to business customers. Getty Images licenses content for a wide variety of uses, including use online, in websites, books, newspapers, magazines, television and film productions, advertisements, marketing materials, products and packaging. Getty Images generates revenue from licensing the rights to use its content, including imagery, and from providing related services.

8. Getty Images was the first company to license imagery via the Internet and today delivers virtually all of its visual content digitally. Visitors to Getty Images' website, www.gettyimages.com, can search through and view millions of images and obtain licenses for those images online.

9. Getty Images owns some of the content that it licenses. Getty Images also acts as the distributor for more than 150,000 content suppliers – contributors, such as individual photographers, illustrators, filmmakers, media organizations, other stock photo agencies, and independent musicians. Content suppliers typically prefer to retain ownership of their work and, as a result, copyright to content remains with the artists in most cases, while Getty Images obtains by contract the right to market, distribute, and license that content to third parties. Some of this content is licensed to Getty Images on an exclusive basis.

10. In or about July 2011, Getty Images identified a photographic image, with the catalog description "200187319-004 (RM) Three leafcutter ants (atta cephalotes) carrying leaves, close-up," that had been reproduced, displayed, and distributed by Defendant Elemental Consulting on its website, www.goelemental.com, without authorization. The identified image was at that time and is still today exclusively licensed to Getty Images.

11. The photographic image described in the preceding paragraph is the subject of copyright Certificate of Registration VA 1-876-258 (dated September 23, 2013). Attached as Exhibit A is a true and correct copy of the Certificate of Registration.

12. Getty Images brings this action to recover damages for the harm it has sustained, and for such further relief as sought herein.

## COUNT I

### (Copyright Infringement, 17 U.S.C. § 501, *et seq.*)

13. Getty Images repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 12, inclusive.

14. Getty Images is the exclusive licensee of the photographic image that is the subject of this action. Among the rights granted to Getty Images is the exclusive right to market and sublicense the right to copy, reproduce and display the image. Additionally, Getty Images is granted the exclusive right to make and control claims related to infringements of copyrights in the image. A copy of the copyright Certificate of Registration VA 1-876-258 issued by the United States Copyright Office, for the subject image, is attached as Exhibit A.

15. Defendant Elemental Consulting has reproduced, displayed, distributed and made other infringing uses of the protected image, without authorization by Getty Images, including Defendant's infringing use of that image on www.goelemental.com.

16.     As a result of its conduct, Elemental Consulting is liable to Getty Images for copyright infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Getty Images respectfully requests that this Court grant the following relief:

a.      That the Court enter a judgment against Defendant finding that it has infringed Getty Images' rights in the photographic image listed in Exhibit A;

b.      That the Court enter an order, pursuant to 17 U.S.C. § 504(b), declaring that Defendant holds in trust, as constructive trustees for the benefit of Getty Images, all profits received by Defendant from its reproduction, distribution, display or other infringing uses of the photographic image listed in Exhibit A, and requiring Defendant to provide Getty Images a full and complete accounting of all profits received by Defendant;

c.      That the Court order Defendant to pay damages to Getty Images, in an amount to be proved at trial, including an award of actual damages suffered by Getty Images as a result of the infringements and all profits of Defendant that are attributable to those infringements, pursuant to 17 U.S.C. § 504(b);

d.      That the Court order prejudgment interest on the amount of any award to Getty Images; and

e.      That the Court grant to Getty Images such other and additional relief as is just and proper.

Dated:  January 17, 2014.

Respectfully submitted,

**DAVIS, CEDILLO & MENDOZA, INC.**
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas  78212
Telephone:  (210) 822-6666
Facsimile:   (210) 822-1151

By _____
Ronald E. Mendoza
Texas Bar No. 13937700
rmendoza@lawdcm.com
Ryan J. Tucker
Texas Bar No. 24033407
rtucker@lawdcm.com

Scott T. Wilsdon (*pro hac vice pending*)
**YARMUTH WILSDON PLLC**
818 Stewart Street, Suite 1400
Seattle, Washington 98101
Telephone:  (206) 516-3800
Facsimile:   (206) 516-3888
wilsdon@yarmuth.com

ATTORNEYS FOR PLAINTIFF
GETTY IMAGES (US), INC.

6

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-876-258**

Effective date of registration:

September 23, 2013

---

## Title
**Title of Work:** Three leafcutter ants (atta cephalotes) carrying leaves, close-up (200187319-004)

## Completion/Publication
**Year of Completion:** 2005
**Date of 1st Publication:** September 3, 2005       **Nation of 1st Publication:** United States

## Author
- **Author:** Tim Flach Photography Ltd.
  **Author Created:** photograph(s)
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright claimant
**Copyright Claimant:** Tim Flach Photography Ltd.
58 Great Eastern Street, London, EC2A 3QR, United Kingdom
**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** GETTY IMAGES (US), INC.
**Email:** copyright@gettyimages.com       **Telephone:** 206-925-5000
**Address:** 605 5th Avenue S, Suite 400
Seattle, WA 98104

## Certification
**Name:** Cynthia Sharp, Getty Images
**Date:** September 23, 2013

Page 1 of 1